ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

        - v. -                        :   INDICTMENT

JERMAINE STEWART,                   :   16 Cr.

                Defendant.       :   **16 CRIM 008**

- - - - - - - - - - - - - - - - x

JUDGE RAMOS

### COUNT ONE

The Grand Jury charges:

1. On or about October 14, 2015, in the Southern District of New York, JERMAINE STEWART, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a 9mm caliber Ruger LC9 pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)


_____       _____
FOREPERSON         1/5/16             PREET BHARARA
                                      United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 5 2016
```